IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-00971-RPM

EDITH LUCERO,

     Plaintiff,

v.

DM HOTELS OF DENVER, INC.,
d/b/a HOLIDAY INN DENVER CENTRAL,

     Defendant.

---

ORDER GRANTING STIPULATED MOTION TO VACATE SCHEDULING CONFERENCE

---

     Pursuant to the Stipulated Motion to Vacate Scheduling Conference, filed August 31, 2009, it is

     ORDERED that the motion [13] is granted and the Scheduling Conference scheduled for September 10, 2009 at 10:00 a.m. is vacated.  It is

     FURTHER ORDERED that dismissal papers shall be filed by September 30, 2009.

     Dated: September 1st, 2009

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge