IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-00971-RPM

EDITH LUCERO,

    Plaintiff,

 v.

DM HOTELS OF DENVER, INC.,
d/b/a HOLIDAY INN DENVER CENTRAL,

    Defendant.

_____

## ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulated Motion to Dismiss [15], filed on September 22, 2009, it is

    ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney's fees.

    Dated: September 23, 2009

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior District Judge